UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-23288-JB

LUZ ESTRADA,

      Plaintiff,

v.

NCL (BAHAMAS) LTD.,

      Defendant.

_____/

**ORDER REQUIRING STIPULATION OF DISMISSAL AND
<u>ADMINISTRATIVELY CLOSING CASE</u>**

**THIS CAUSE** is before the Court upon Plaintiffs' Notice of Settlement (the "Notice"). ECF No. [13]. Upon due consideration of the Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

    2. If the parties fail to complete the expected settlement, any party may request the Court to reopen the case.

    3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida this 16th day of April, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE
